# UNITED STATES DISTRICT COURT
для the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

FEB 26 2019

Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | SEALED Case No. M-19-0454-M |
| Eric RIVERA, YOB: 1979 (USA) | ) | |
| Jose SANCHEZ, YOB: 1987 (USA) | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __08/08/2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Conspiracy to Possess with the Intent to Distribute and Possession with |
| 21 USC 841 | Intent to Distribute Methamphetamine, approximately 1.127 kilograms, a schedule II controlled substance. |

This criminal complaint is based on these facts:

(See Attachment I).

☑ Continued on the attached sheet.

Approved by David A. Lindenmuth

2/26/19

_____
Complainant's signature

Christopher Donahue, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/26/2019

_____
Judge's signature

City and state: McAllen, Texas

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT I

1. On August 7, 2018, a credible and reliable Drug Enforcement Administration (DEA) Confidential Source (CS) met with Jose SANCHEZ (hereafter, SANCHEZ) at SANCHEZ's residence in Alton, Texas for the purpose of negotiating the sale of crystal methamphetamine to the CS. The CS stated that SANCHEZ agreed to sell the CS one (1) kilogram of crystal methamphetamine for $4,500.00.

2. On August 8, 2018, the CS met with SANCHEZ and Eric RIVERA (hereafter, RIVERA) at SANCHEZ's residence to conduct the methamphetamine transaction. The CS stated that the CS counted the $4,500 for the methamphetamine in front of SANCHEZ and RIVERA. Later on this same date, SANCHEZ, RIVERA, and the CS relocated to RIVERA's residence in San Juan, Texas to conduct the transaction. While in the area of RIVERA's residence, the CS stated that SANCHEZ and RIVERA discussed the best place for the CS to receive the methamphetamine. Shortly thereafter, agents observed SANCHEZ and RIVERA drive together in RIVERA's vehicle to a nearby store. Agents subsequently observed a blue SUV follow SANCHEZ and RIVERA out of the store's parking lot and drive in tandem. During this time, SANCHEZ directed the CS to drive to an area near RIVERA's residence. Shortly thereafter, SANCHEZ and RIVERA and the blue SUV drove to the CS's location. Once at the CS's location, the blue SUV parked behind the CS's vehicle and SANCHEZ and RIVERA continued to drive past the CS. Moments later, the CS recovered two packages containing suspected methamphetamine from a female who was driving the blue SUV. Upon receiving the suspected methamphetamine, the CS drove to RIVERA's residence where the CS met with SANCHEZ and RIVERA. The CS stated that after arriving to RIVERA's residence the CS opened one (1) of the packages of suspected methamphetamine in front of both SANCHEZ and RIVERA and verified that the package contained methamphetamine. The CS stated that the CS then provided $4,500.00 to SANCHEZ, in the presence of RIVERA.

3. The two packages of suspected methamphetamine, weighing approximately 1.127 kilograms, were transported to the McAllen District Office by agents. A sample from the suspected methamphetamine tested positive for the characteristics and properties of methamphetamine.